BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
YERVANT P. HAGOPIAN (Cal. Bar No. 327535)
Special Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-0732
     Facsimile:     (213) 894-0141
     Email:         yervant.hagopian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-05225-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| JUAN ANTONIO PARRA, | |
| Defendant. | |

The Court has read and considered the United States' Unopposed Motion to Dismiss Without Prejudice the Complaint Pursuant to Federal Rule of Criminal Procedure 48(a).  Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS as follows:

1. The complaint is hereby DISMISSED without prejudice as to defendant Juan Antonio Parra;

2. The preliminary hearing and post-indictment arraignment scheduled for September 16 and 29, 2025, respectively are hereby vacated; and

3. Defendant's bond is exonerated.

IT IS SO ORDERED.

_____   _____
DATE                              UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
YERVANT P. HAGOPIAN
Special Assistant United States Attorney